Date: 09/08/10    **DIVIDENDS REMITTED TO THE COURT**    $1.90  Page:

Case Number 08-22864 - DAVIES, BRIAN L.    #7512 9/9/10

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 000016 | 101.64 | 1.90 |
|  |  | 101.64 | 1.90 |

---------- Remittance Total --------------

*C. BRUCE LAWRENCE, Trustee*



FILED SEP - 9 2010 BANKRUPTCY COURT ROCHESTER, NY

Case 2-08-22864-JCN    Doc 41    Filed 09/09/10    Entered 09/09/10 14:56:43    Desc Main Document    Page 1 of 1

Printed: 09/08/10 1:29:01 PM  15.20
COURT1